IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **M.H.**, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | No. 2:25-cv-00969-CSK |
| **BUDGET INN AND SUITES and EL RANCHO MOTEL**, | : | **JURY TRIAL DEMANDED** |
| *Defendants*. | : | |

## ORDER

It is hereby **ORDERED** that Plaintiff's Motion to Proceed Under a Pseudonym (ECF No. 2) is GRANTED; and

**IT IS FURTHER ORDERED** that Plaintiff may use the pseudonym "M.H." in all filings and proceedings related to this case; and

**IT IS FURTHER ORDERED** that Plaintiff shall serve a copy of this Order on Defendants alongside service of original process.

Dated:  April 3, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, mh0969.25