

# United States District Court
# Eastern District of California

M.H.

Plaintiff(s)

Case Number:    2:25-cv-00959-DJC-CSK

V.

BUDGET INN AND SUITES , ET AL.

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, J. Alexander Marcinko _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff, M.H.

On _____04/01/2022_____ (date), I was admitted to practice and presently in good standing in the _____Middle District of Pennsylvania_____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:_____01/15/2026_____          Signature of Applicant: /s/ _____J. Alexander Marcinko_____

**Pro Hac Vice Attorney**

Applicant's Name:    J. Alexander Marcinko

Law Firm Name:    Andreozzi + Foote

Address:    4503 N. Front Street

City:    Harrisburg    State:    PA    Zip:    17110

Phone Number w/Area Code:    (717) 525-9143

City and State of Residence:    Clarks Summit, Pennsylvania

Primary E-mail Address:    alex@vca.law

Secondary E-mail Address:    TeamD@vca.law

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:    Jeffrey Toppe, Esquire

Law Firm Name:    The Toppe Firm, LLC

Address:    4900 O'Hear Ave, Ste. 100,

City:    N. Charleston    State:    SC    Zip:    29405

Phone Number w/Area Code:    (323) 909-2011    Bar #    329535

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  January 16, 2026

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE